# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO LUIS WILLIAMS, | ) | 1:06cv1097 OWW DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 7) |
| WILLIAM M. WUNDERLICH, SANDRA M. SNYDER, | ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |

Plaintiff Antonio Luis Williams ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 1, 2006, the Magistrate Judge issued Findings and Recommendation that the action be dismissed without leave to amend. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Plaintiff filed objections on September 21, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated September 1, 2006, is ADOPTED IN FULL;

1

1      2.     The action is DISMISSED WITHOUT LEAVE TO AMEND.

2   IT IS SO ORDERED.

3   **Dated:**    **October 4, 2006**            **/s/ Oliver W. Wanger**
    emm0d6                                      UNITED STATES DISTRICT JUDGE